34055.   TUCKER v. THE STATE.

CARLISLE, J.   By the act of 1911 (Ga. L. 1911, p. 149; Code § 6-1609), "No judgment of a trial court in a criminal case shall be reversed by either the Supreme Court or the Court of Appeals for lack of proof of venue, . . save where the particular point has been specifically raised by a ground of the original or amended motion for a new trial"; and, while this section has been held inapplicable to a case where the evidence clearly shows the venue of the offense to be in a county other than that of the prosecution (*York* v. *State*, 52 *Ga. App.* 11, 181 S. E.

870), where, in a motion for a new trial, based solely upon the general grounds, the particular point of the lack of proof of venue has not been specifically raised; the evidence does not show the venue to be in a county other than that of the prosecution, and counsel for the defendant, in his brief in this court, insists upon a reversal of the trial court's judgment overruling the motion for a new trial solely upon the ground of the lack of proof of venue, the judgment of the trial court must be affirmed. *Smith* v. *State,* 79 *Ga. App.* 595 (4) (54 S. E. 2d, 378); *Palmer* v. *State,* 19 *Ga. App.* 752 (92 S. E. 233); *Prather* v. *State,* 72 *Ga. App.* 788 (35 S. E. 2d, 144).

*Judgment affirmed. Gardner, P. J., and Townsend, J., concur.*

DECIDED JUNE 11, 1952.

*Bobby Lee Cook,* for plaintiff in error.
*John W. Davis, Solicitor-General,* contra.